THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY WATKINS, Appellant, v. MARY K. LINDSAY, as Superintendent of the House of Detention for Women, Respondent.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.

ABRAHAM J. RODOLITZ, Respondent, v. NEPTUNE PAPER PRODUCTS, INC., Defendant and Third-Party Plaintiff-Appellant, et al., Third-Party Defendants

Beldock, P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.